**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **TEMPUR SEALY INTERNATIONAL, INC., TEMPUR-PEDIC MANAGEMENT, INC., TEMPUR-PEDIC NORTH AMERICA, LLC, and DAN-FOAM APS,** | |
| | **CIVIL ACTION NO. _____** |
| **1000 Tempur Way** **Lexington, Kentucky 40511** | |
| **Plaintiffs,** | |
| **v.** | |
| **SAATVA, INC. d/b/a LOOM AND LEAF and d/b/a ZENHAVEN** | |
| **8 Wright Street, Suite 108** **Westport, CT  06880** | |
| **Defendant.** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT

This action arises out of false and misleading advertising and promotion engaged in by Defendant Saatva, Inc. d/b/a Loom and Leaf and d/b/a ZenHaven ("Defendant" or "Saatva") to increase sales of Saatva's products at the expense of competing products manufactured and sold by Plaintiffs Tempur Sealy International, Inc., Tempur-Pedic Management, Inc., Tempur- Pedic North America, LLC, and Dan Foam ApS (collectively "Tempur Sealy").

Tempur Sealy is a leader in the bedding industry known for its research and development, manufacture, supply, and sale of premium mattresses, pillows, and other comfort products (hereinafter the "TEMPUR-PEDIC Products").

Tempur Sealy brings this lawsuit seeking damages for and an injunction to stop current and prevent future advertising claims by Saatva directed to Saatva's own products and to Tempur Sealy's TEMPUR-PEDIC Products that are false and/or misleading.  This suit is brought under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and state common law sounding in gross negligence and unjust enrichment.

The advertising of products in the bedding market has been and continues to be a critically important method of persuading consumers to select one brand over another.  A company's advertising of its own products and advertising that includes references to products of competitors must be truthful and non-misleading so that consumers may make decisions based on accurate information.  Because Saatva has violated this basic tenant of unfair competition and advertising law and has done so in an extensive, flagrant, and willful manner, Tempur Sealy is entitled to an award of damages, injunctive relief, treble damages, punitive damages, and attorneys' fees.

## JURISDICTION AND VENUE

1.     This is an action for unfair competition and false advertising in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a); and gross negligence and unjust enrichment in violation of the common laws of the Commonwealth of Kentucky.

2.     This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338. This Court has jurisdiction over Tempur Sealy's related common law claims under 28 U.S.C. §§ 1338 and 1367.

3.     This Court has personal jurisdiction over Saatva in that Saatva is doing business in the Commonwealth of Kentucky and has engaged in and is engaging in statutory violations and activities that are causing substantial injury to Tempur Sealy in this District.

4.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Tempur Sealy's claims asserted in this matter occurred in the Eastern District of Kentucky.

## THE PARTIES

5.     Plaintiff Tempur Sealy International is a Delaware corporation having its principal place of business at 1000 Tempur Way, Lexington, Kentucky 40511.

6.     Plaintiff Tempur-Pedic Management, Inc. is a Delaware corporation having its principal place of business at 1000 Tempur Way, Lexington, Kentucky 40511.

7.     Plaintiff Tempur-Pedic North America, LLC is a Delaware limited liability company having its principal place of business at 1000 Tempur Way, Lexington, Kentucky 40511.

8.     Plaintiff Dan-Foam ApS is a Danish corporation having its principal place of business at Holmelund 43, Aarup DK-5560, Denmark.

9.     Defendant Saatva, Inc. is a corporation organized under the laws of the State of Connecticut having its principal place of business at 8 Wright Street, Westport, Connecticut 06880.   Upon information and belief, Saatva also does business as Loom and Leaf and ZenHaven.

10.     Upon information and belief, Saatva is engaged in the business of selling mattress products throughout the United States, including in this jurisdiction, through direct to consumer commercial web sites that permit consumers throughout the United States, including in this District, to purchase Defendant's products through the URLs: www.saatva.com, www.saatvamattress.com, www.loomandleaf.com and www.zenhaven.com.

11.     Upon information and belief, in addition to the web sites listed above, Saatva is engaged in advertising its products, including the specific advertising at issue in this lawsuit,

across the Internet through social medial platforms, in banner advertisements, and in other digital advertising directed to consumers.

## FACTUAL ALLEGATIONS AS TO ALL COUNTS

12.    Tempur Sealy is a leader in the bedding industry and has established itself as an innovator in sleep material technologies designed to deliver comfort to consumers.

13.    Tempur Sealy is involved in the research, development, manufacture, supply, and sale of premium mattresses, pillows, and other comfort products.

14.    Tempur Sealy advertises its high-quality TEMPUR-PEDIC Products nationwide, including on television and on the Internet, under the TEMPUR-PEDIC, TEMPUR-PEDIC & Reclining Figure Design, and TEMPUR marks, among others.

15.    Tempur Sealy's TEMPUR-PEDIC Products are made from TEMPUR material, a type of viscoelastic, temperature sensitive, and pressure relieving foam the formula for which is proprietary to Tempur Sealy and a valuable, highly confidential trade secret.

16.    Dan-Foam ApS owns a number of trademarks including TEMPUR, TEMPUR-PEDIC, TEMPUR-PEDIC & Reclining Figure Design, TEMPUR- CLOUD, TEMPUR-HD, TEMPUR-ES, TEMPUR-ERGO, THE ADVANTAGEBED BY TEMPUR-PEDIC, THE ALLURABED BY TEMPUR-PEDIC, THE BELLAFINA BED BY TEMPUR-PEDIC, THE CELEBRITYBED BY TEMPUR-PEDIC, THE CLASSICBED BY TEMPUR-PEDIC, and THE GRANDBED BY TEMPUR-PEDIC, among others, and has registered such marks in the United States Patent and Trademark Office ("USPTO") as follows:

| Mark | Reg. No. | Reg. Date | Goods |
|---|---|---|---|
| TEMPUR | 1,926,469 | Oct. 10, 1995 | Mattresses, Cushions and Furniture Pads Made of Viscous Foam |
| TEMPUR-PEDIC | 1,853,088 | Sept. 6, 1994 | Mattresses, Cushions and Furniture Pads Made of Viscous Foam |
| TEMPUR-CLOUD | 3,945,266 | April 12, 2011 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters, and Chair Pads |
| TEMPUR-HD | 3,451,045 | June 17, 2008 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads. |
| TEMPUR-ES | 3,955,437 | May 3, 2011 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads. |
| THE ADVANTAGEBED BY TEMPUR-PEDIC | 3,700,051 | Oct. 20, 2009 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads |
| THE ALLURABED BY TEMPUR-PEDIC | 3,509,218 | Sept. 30, 2008 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads |

| Mark | Reg. No. | Reg. Date | Goods |
|------|----------|-----------|-------|
| THE BELLAFINA BED BY TEMPUR-PEDIC | 3,700,052 | Oct. 20, 2009 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads |
| THE CELEBRITYBED BY TEMPUR-PEDIC | 3,456,803 | July 1, 2008 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads |
| THE CLASSICBED BY TEMPUR-PEDIC | 3,446,640 | Jun. 10, 2008 | Mattresses |
| THE GRANDBED BY TEMPUR-PEDIC | 3,567,704 | Jan. 27, 2009 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters and Chair Pads |
| TEMPUR-PEDIC and Design <br> | 3,900,919 | Jan. 4, 2011 | Seating and Couching Mats in the Nature of a Pillow or Seat Liner, Pillows, Cushions, Mattresses, Top Mattresses, Bolsters, and Chair Pads |
| THE DELUXEBED BY TEMPUR-PEDIC | 3,921,145 | Feb. 15, 2011 | Mattresses |

17.     Tempur Sealy, including through its related company Dan-Foam ApS, also owns registrations for the TEMPUR and/or TEMPUR-PEDIC trademarks in approximately 180 countries throughout the world.

18.     Each registration is currently valid, subsisting and in full force and effect, and is registered on the Principal Trademark Register of the USPTO.  U.S. Registration Nos. 1,926,469 for TEMPUR and 1,853,088 for TEMPUR-PEDIC and others have attained incontestable status pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.  True and accurate records from the USPTO's TSDR database reflecting the Certificates of Registration referenced above are attached as **Exhibit 1**.

19.     Additionally, under the Lanham Act and Kentucky law, Tempur Sealy owns unregistered common law trademarks for TEMPUR-CLOUD LUXE, TEMPUR-CLOUD SUPREME, TEMPUR-CONTOUR, TEMPUR-CONTOUR SIGNATURE, TEMPUR-CONTOUR SELECT, THE ERGO ADJUSTABLE BASE, AND THE ADVANCED ERGO ADJUSTABLE BASE.  Hereinafter, all of the foregoing names and other marks owned, used, or registered by Tempur Sealy shall be referred to individually and collectively as the "TEMPUR-PEDIC Marks."

20.     The TEMPUR-PEDIC Marks and variants thereof have been extensively and continually used, advertised, and promoted by Tempur Sealy within the United States and worldwide for many years.  Substantial time, effort, and money have been expended over the years in ensuring that the purchasing public associates such marks exclusively with Tempur Sealy.  In the last two years alone, Tempur Sealy expended over $476 million in connection with its advertisement and promotion of products bearing the TEMPUR-PEDIC Marks to establish these marks in the minds of customers as synonymous with a source of high-quality bedding products.

21.    As a result of Tempur Sealy's dedication to quality and its aggressive marketing, the goodwill associated with the TEMPUR-PEDIC Marks has translated into over one billion dollars in sales annually.

22.    Because of Tempur Sealy's extensive advertisement and promotion of products bearing the TEMPUR-PEDIC Marks and its billions of dollars of sales of TEMPUR-PEDIC brand products, the TEMPUR-PEDIC Marks have become famous among the relevant consuming public.

23.    Tempur Sealy maintains a commercial website for the sale of products at the URL www.tempurpedic.com. Tempur Sealy uses the TEMPUR-PEDIC Marks to advertise and sell TEMPUR-PEDIC brand products to consumers directly through its www.tempurpedic.com website and through social media platforms, digital advertising across the Internet, and in television and print advertising.

**SAATVA'S UNLAWFUL ADVERTISING**

24.    Upon information and belief, Saatva's advertising claims, including Internet "banner" and other forms of digital advertisements, include claims that are false or misleading. Saatva's advertisements referenced herein are attached to the Declaration of Dan Fine, Vice President Marketing, Direct Channels of Tempur Sealy International, Inc. ("Fine Decl."), attached hereto as **Exhibit 2**.  The advertising at issue is hereby incorporated by reference into this Complaint and will be made available to the Court upon request in such format as the Court may direct.

25.    In the "banner" advertisement reproduced below, displayed on August 8, 2016, Saatva claims that its product is the "Best Reviewed Mattress" offered for sale at a price "70% less than Tempur-Pedic."  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



26.     In the "banner" advertisement reproduced below and displayed on September 30, 2016, Saatva claims that its mattress is the "Best Reviewed Mattress for 5 Years" accompanied by a display of "4.9" out of "5.0" stars.  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



27. In the "banner" advertisement reproduced below promoting Defendant's products Defendant references Tempur Sealy stating: "Bye Tempur" and asserts that it is "[i]ntroducing the world's most innovative, natural sleep surface." See Exhibit A to Fine Decl., Exh. 2. These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



28. Saatva, on its commercial website www.loomandleaf.com, also claims that it offers the "best reviewed mattress company on the internet." A screen shot from Saatva's website showing the claims is reproduced below. See Exhibit A to Fine Decl., Exh. 2. This claim by Saatva is false and/or misleading and influences consumer behavior in a manner that is harmful to Tempur Sealy.



https://www.loomandleaf.com/advantage.html

29.     Saatva's digital advertising generated through internet searches includes material superiority claims.  An internet search conducted on July 11, 2016 for the word "Tempur" along with a URL ending in "/tempur" generated Saatva digital advertisements claiming that it is "The Best Reviewed Company for 5 Years," with a "4.9 out of 5" rating.   A screen shot from this internet search, in which the Saatva claims are highlighted, is reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2.   These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



30.     Saatva also claims to have more than 15,000 customer reviews on the internet in the screen shot reproduced above, but as of October 3, 2016, only 787 reviews are included on Saatva's website, www.saatva.com.   The image below, taken from the Saatva website, indicates 787 customer reviews.  *See* Exhibit A to Fine Decl., Exh. 2.  This claim by Saatva is false and/or misleading and influences consumer behavior in a manner that is harmful to Tempur Sealy.

**Saatva Mattress Reviews**
★★★★★ Rating: 4.9/5 - 787 Reviews

31.     An internet search conducted on September 15, 2016 for the term "Tempurpedic" generated a Saatva digital advertisement for the "Best Memory Foam Mattress-LoomandLeaf.com," indicating a purchaser can "Get A $4000 Bed For $999 From The Best Reviewed Company For 5 Years" and "No Off-gassing."  The Saatva advertisement including

these claims is reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



32.     An internet search conducted on September 29, 2016 using the search term "Tempurpedic" generated a Saatva digital advertisement claiming the "Best Memory Foam Mattress-Get More For Less Online" and claiming that a purchaser can "Save $1000 On A Luxury Mattress."  A screen shot of the results of this internet search including the highlighted claims is reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



33.    An internet search conducted on September 30, 2016 using the search terms "Best Mattress" generated the Saatva digital advertisements that include claims that the Defendant's products are the "Best Luxury Mattresses," "70% Less Than Retail Brands," "The Best Latex Mattress," "The Most Responsive Sleep Surface," and "2016's Best New Mattress."   These claims are highlighted in the advertising reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2. These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



34.    Saatva further advertises on its website, www.saatvamattress.com, that it "make(s) a better product" and "offer(s) a better price."  In a direct price comparison referencing "retail brands", Saatva claims that it saves a consumer 70% off of the price of comparable mattresses.  A screen shot from Saatva's website including the claims is reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2.   These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



http://www.saatvamattress.com/our-advantage.html

35.     Saatva also advertises that its mattresses are "100% MADE IN THE U.S.A." Saatva admits later in its materials however that 15% of the components used in its mattresses do not come from the United States.   Nevertheless, elsewhere in advertising Saatva describes its products using the phrase "Handcrafted American luxury."   Saatva also advertises that its products "have the best specifications offered by any company," an objective superiority claim directed to product quality.   A screen shot from http://www.saatvamattress.com/made-in-america.html displaying these claims is reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2. These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



36.     Saatva claims on its website, www.loofandleaf.com, that retail mattress stores must charge customers over $2,600.00 in order to match the "specs., feel and materials" of the Saatva queen size mattress, while Saatva's mattress price is $999.00.   A screen shot from www.loofandleaf.com highlighting the claims is reproduced below.  *See* Exhibit A to Fine Decl.,

Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



https://www.loomandleaf.com/mattress.html

     37.     Saatva, at www.loomandleaf.com, also advertises that its mattress coverings are "organic" and that its mattresses contain "medical-grade" cooling spinal gel.  A screen shot from www.loofandleaf.com highlighting the claims is reproduced below.  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



https://www.loomandleaf.com/mattress.html

38.     On the web site located at www.loomandleaf.com, Saatva makes claims that its mattresses have "no odor", are "plant-based", utilize "medical-grade cooling gel" and are "shipped stable", meaning that its mattresses are not shipped moist or shrink-wrapped suggesting certain "green" or health benefits.  A sample screen shot including these claims captured on September 29, 2016 at www.loomandleaf.com is reproduced below. Similar "green" and "health related" claims are included across the Defendant's web sites and are displayed in "live chat" sessions with consumers through the Defendant's web sites.  *See* Exhibit A to Fine Decl., Exh. 2. These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



39.     In addition, on its web site at www.loomandleaf.com, Saatva advertises an "objective" comparison of the quality of its memory foam mattress with Tempur Sealy's Tempur-Cloud Luxe Breeze mattress.   Screen shots of this "objective" comparison are reproduced in the screen shot below.  Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.





https://www.loomandleaf.com/comparison.html

40.    Saatva also claims on the web site, located at www.loomandleaf.com, that its Loom & Leaf mattress is a "healthier, greener, memory foam mattress - at a fraction of the price of a Tempur-Pedic" and advertises that the "plant-based" foam products offer "amazing sustainable qualities."  A screenshot including these claims is reproduced below. *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



41.     Saatva's statements in commercial advertising include so called "green" claims directed to its products that are misleading to consumers.  In digital sponsored advertisements generated on September 15, 2016 using a search engine results for the search term "tempurpedic," Defendant claims that its products offer the following features: "organic cotton" "no off gassing" "eco responsible" "bio-foam."  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



42.     Saatva makes specific and unsupported health-related claims in connection with its products touting them on its web site www.zenhaven.com as offering a "range of health benefits you won't find in other beds" and a "range of health benefits no other type of mattress can match.  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.



43.   On its web site www.loomandleaf.com, Saatva claims that its mattresses offer "relief from joint pain", "improved circulation" "increased energy" and "healthy spinal alignment."  In addition, on the same web site, Saatva offers an endorsement by a medical doctor who describes the relief from pain "can expect reduced pain in joints, back and high impact areas."  *See* Exhibit A to Fine Decl., Exh. 2.  These claims by Saatva are false and/or misleading and influence consumer behavior in a manner that is harmful to Tempur Sealy.





44.    Saatva's statements in commercial advertising are literally false or misleading and are intended to influence consumer behavior in a manner that is harmful to Tempur Sealy.  All of these statements, addressed in the preceding paragraphs, are hereinafter referred to as the "False Advertisements."

45.    The False Advertisements above and others attached hereto and incorporated herein by reference are posted on the Defendants' commercial web sites at www.saatva.com,

22

www.saatvamattress.com, www.loomandleaf.com and www.zenhaven.com and appear in Internet "banner" ads and other digital media advertising.

46.     The False Advertisements remain on the Internet today.

47.     In correspondence dated July 14, 2016, August 22, 2016, and September 14, 2016, outside counsel for Tempur Sealy requested that Saatva discontinue or provide substantiation for its advertising claims no later than August 31, 2016.  Copies of these letters are attached at **Exhibit 3** to the Complaint.

48.     On October 7, 2016, Saatva responded denying any culpability and refused to remove the False Advertisements.

49.     Despite Saatva's actual notice of Tempur Sealy's objection to the False Advertisements, Saatva continued to host and sponsor the False Advertisement in willful disregard of Tempur Sealy's rights and to its detriment.

## <u>FIRST CAUSE OF ACTION</u>
### (False Advertising - Lanham Act)

50.     Tempur Sealy repeats and realleges each and every allegation contained in paragraphs above as if fully set forth herein.

51.     Saatva sells mattresses in interstate commerce and is engaging in an extensive, nationwide advertising campaign in connection with the marketing of its memory foam mattresses that employs a variety of media, including advertising through its web sites, www.saatva.com, www.saatvamattress.com and www.loomandleaf.com, and through digital advertisements displayed to consumers across the Internet, including through social media platforms.

52.     The basis for the Saatva advertising campaign is that Saatva mattress perform in a manner or exhibit attributes that are superior to competing mattresses, including Tempur Sealy's TEMPUR-PEDIC Products.

53.     Saatva misrepresents the nature, characteristics, qualities, and performance of its own goods and of the TEMPUR-PEDIC Products by delivering an unsupported message of product superiority in its advertising, by displaying the products and making specific misleading comparative statements about the products, all in an effort to convince consumers of the superiority of its mattress products.

54.     The claims made by Saatva directed to Tempur Sealy's TEMPUR-PEDIC products are representations of fact that are false and/or misleading in that they misrepresent the nature, characteristics, or qualities of Tempur Sealy's or of Saatva's products.   These misrepresentations are material to consumer purchasing decisions and have influenced or are likely to influence the buying public's mattress purchasing decisions.

55.     Saatva's deceptive conduct is and has been deliberate and has injured and continues to injure consumers and Tempur Sealy and its goodwill.

56.     The statements directed to Tempur Sealy's TEMPUR-PEDIC Products are false and/or misleading and Saatva knew or should have known them to be so since the advertising began and Saatva was on actual notice of Tempur Sealy's objections to the advertising, yet continued the false and/or misleading advertising, and therefore Saatva willfully engaged in the deceptive trade practices described above.

57.     Saatva's advertising of its memory foam mattresses as described above violates Section 42(a) of the Lanham Act, 15 U.S.C. § 1125(a).

58.     Saatva's false and/or misleading advertising was undertaken willfully and with blatant disregard of Tempur Sealy's rights.

59.     Tempur Sealy has been and continues to be damaged by Saatva's false advertising of its mattresses, including by diversion of sales from Tempur Sealy to Saatva and the lessening of goodwill that Tempur Sealy's products enjoy among the buying public in an amount to be determined at trial.

60.     Upon information and belief, Saatva intends to continue its unlawful acts unless restrained by this Court.

61.     Saatva's actions have damaged and if permitted to continue will continue to damage Tempur Sealy and Tempur Sealy.

62.     The damage to Tempur Sealy and its reputation among consumers is irreparable and has no adequate remedy at law.

## SECOND CAUSE OF ACTION
### (Gross Negligence under Kentucky Law)

63.     Tempur Sealy repeats and realleges each and every allegation contained in paragraphs above as if fully set forth herein.

64.     In engaging in false or misleading advertising on a widespread basis, Saatva has engaged in unfair, false, misleading, or deceptive acts or practices in the conduct of trade in a manner that displays indifference to the consequences of its actions.

65.     This failure to exercise reasonable care was accompanied by a wanton or reckless disregard of competitors, including Tempur Sealy, resulting in harm to Tempur Sealy.

66.     Saatva's actions involve the same character of outrage justifying punitive damages as willful and malicious misconduct in torts where the injury is intentionally inflicted, entitling Tempur Sealy to an award of punitive damages under Kentucky law.

## THIRD CAUSE OF ACTION
### (Unjust Enrichment under Kentucky Law)

67.     Tempur Sealy repeats and realleges each and every allegation contained in paragraphs above as if fully set forth herein.

68.     The commercial acts complained of above constitute unjust enrichment of Saatva at Tempur Sealy's expense, in violation of the common laws of the Commonwealth of Kentucky.

69.     Saatva's actions involve the same character of outrage justifying punitive damages as willful and malicious misconduct in torts where the injury is intentionally inflicted entitling Tempur Sealy to an award of punitive damages under Kentucky law.

## PRAYER FOR RELIEF

Wherefore, Tempur Sealy respectfully requests that the Court enter judgment as follows:

A.   An order directing an accounting by Saatva of its profits by reason of its false advertising, awarding Tempur Sealy its actual damages, and trebling Tempur Sealy's recovery pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117;

B.   An order directing an accounting by Saatva of its profits by reason of its false advertising and awarding Tempur Sealy actual damages pursuant to Kentucky law.

C.   An order awarding Tempur Sealy punitive damages pursuant to Kentucky law;

D.   An order permanently enjoining Saatva from disseminating any false or misleading advertisements regarding its products or the TEMPUR-PEDIC Products;

E.   An order granting Tempur Sealy its costs and disbursements in this action.

F.   An order awarding Tempur Sealy its reasonable attorneys' fees available under 15 U.S.C. § 1117(a) and Kentucky law; and

G. An order granting Tempur Sealy such other and further relief as this Court may

deem just and proper.

*/s/ Matthew A. Stinnett*

David A. Owen
Matthew A. Stinnett
Emma R. Wolfe
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky 40507
Telephone: (859) 899-8700
E-mail: mstinnett@dickinsonwright.com
          ewolfe@dickinsonwright.com

*/s/Amy Sullivan Cahill*

Amy Sullivan Cahill
CAHILL IP, PLLC
333 East Main Street, Suite 403
Preston Pointe Building
Louisville, Kentucky 40202
Tel. 502-657-7830
Email: acahill@cahill-ip.com

**Counsel for Plaintiffs**

**TEMPUR SEALY INTERNATIONAL, INC.,
TEMPUR-PEDIC MANAGEMENT, INC.,
TEMPUR-PEDIC NORTH AMERICA, LLC, AND
DAN-FOAM APS**

LEXINGTON 64129-9 43011v1